IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TODD JOHNATHAN WHITEHEAD,    )
                             )
    Petitioner,              )
                             )        CIVIL ACTION NO.
    v.                       )          2:14cv329-MHT
                             )              (WO)
LOUIS BOYD, et al.,          )
                             )
    Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 22) as to claims in the current petition (doc. no. 1) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted to the extent that the claims in the current petition will be denied.

(3) The claims in the petition for writ of habeas corpus (doc. no. 1) are denied.

    (4)  The motion to amend the petition (doc. nos. 22 & 23) is referred back to the United States Magistrate Judge for consideration.

    This case is not closed.

    DONE, this the 24th day of February, 2017.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**