# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TODD JOHNATHAN WHITEHEAD,     )
                              )
     Petitioner,              )
                              )     CIVIL ACTION NO.
     v.                       )     1:14cv329-MHT
                              )          (WO)
LOUIS BOYD, et al.,           )
                              )
     Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (doc. no. 46) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 43) is adopted.

(3) The petition for writ of habeas corpus (doc. nos. 1, as amended) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of September, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE